fact that a parent is incarcerated will not, by itself, render visitation inappropriate" (*Matter of Davis v Davis,* 232 AD2d 773; *see, Matter of Lonobile v Betkowski,* 261 AD2d 829). Here, however, the court credited the report and testimony of the therapist in determining that it was not in the best interests of the child to order visitation (*cf., Matter of Rhynes v Rhynes,* 242 AD2d 943, 944). The court did not base its determination solely on the opposition of respondent to the petition (*cf., Matter of Buffin v Mosley,* 263 AD2d 962; *Matter of Rhynes v Rhynes, supra*). (Appeal from Order of Genesee County Family Court, Graney, J.—Visitation.) Present—Pigott, Jr., P. J., Pine, Hurlbutt, Scudder and Kehoe, JJ.

■ In the Matter of COURTNEY C., an Infant. GENESEE COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; WESLEY C., Appellant. (Appeal No. 1.) [715 NYS2d 180] —Appeal unanimously dismissed without costs (*see, Matter of Cherilyn P.,* 192 AD2d 1084, *lv denied* 82 NY2d 652). (Appeal from Order of Genesee County Family Court, Graney, J.—Neglect.) Present—Pigott, Jr., P. J., Pine, Hurlbutt, Scudder and Kehoe, JJ.

■ In the Matter of COURTNEY C., an Infant. GENESEE COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; WESLEY C., Appellant. (Appeal No. 2.) [715 NYS2d 181] —Appeal unanimously dismissed without costs (*see, Matter of Eric D.* [appeal No. 1], 162 AD2d 1051). (Appeal from Order of Genesee County Family Court, Graney, J.—Neglect.) Present—Pigott, Jr., P. J., Pine, Hurlbutt, Scudder and Kehoe, JJ.

■ In the Matter of SUSAN C., an Infant. GENESEE COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; WESLEY C., Appellant. (Appeal No. 3.) [715 NYS2d 181] —Appeal unanimously dismissed without costs (*see, Matter of Cherilyn P.,* 192 AD2d 1084, *lv denied* 82 NY2d 652). (Appeal from Order of Genesee County Family Court, Graney, J.—Neglect.) Present—Pigott, Jr., P. J., Pine, Hurlbutt, Scudder and Kehoe, JJ.

■ In the Matter of SUSAN C., an Infant. GENESEE COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; WESLEY C., Appellant. (Appeal No. 4.) [715 NYS2d 181] —Appeal unanimously dismissed without costs (*see, Matter of Eric D.* [appeal No. 1], 162 AD2d 1051). (Appeal from Order of Genesee County Family Court, Graney, J.—Neglect.) Present—Pigott, Jr., P. J., Pine, Hurlbutt, Scudder and Kehoe, JJ.

■ In the Matter of GENESEE COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent, v WESLEY C., Appellant. (Appeal No. 5.) [715 NYS2d 182] —Appeal unanimously dismissed without